# MEMORANDUM DECISIONS

## 1
### In the Matter of the Application of Frank E. JONES.

(Court of Appeals of District of Columbia.
Submitted January 12, 1926. Decided
February 1, 1926.)

No. 1798.

I. U. Townsend, of Boston, Mass., for appellant.

T. A. Hostetler, of Washington, D. C., for Commissioner of Patents.

Before MARTIN, Chief Justice, ROBB, Associate Justice, and BLAND, Judge of the United States Court of Customs Appeals.

ROBB, Associate Justice. Appeal from a decision of the Patent Office, refusing the 13 claims of an application for patent on a seamless, tubular, knitted fabric (a stocking), and the process of knitting the same.

We have carefully examined the decisions of the Primary Examiner and the Examiners in Chief, in which these claims are considered with reference to the prior art, and are convinced of the correctness of their conclusions, affirmed by the decision of the Assistant Commissioner. Not deeming it necessary to restate the reasoning of the Patent Office, we affirm the decision, without more.
Affirmed.

## 2
### C. F. Harms Company, Libelant Appellant, v. Steam Tug ALLENTOWN, Her Engines, etc.; Annie O'Neill, Claimant Appellee.

(Circuit Court of Appeals, Second Circuit.
November 16, 1925.)

No. 61.

Appeal from the District Court of the United States for the Southern District of New York.

Park, Mattison & Lynch, of New York City (Frank P. Treanor, Jr., of New York City, advocate), for libelant appellant.

Alexander & Ash, of New York City (Mark Ash and Edward Ash, both of New York City, of counsel), for claimant appellee.

Before ROGERS, HOUGH, and MANTON, Circuit Judges.

PER CURIAM. Decree affirmed.

## 3
### Clark BEHLER, Plaintiff in error, v. UNITED STATES, Defendant in Error.

(Circuit Court of Appeals, Seventh Circuit.
December 4, 1925. Rehearing Denied January 15, 1926.)

No. 3591.

In Error to the District Court of the United States for the District of Indiana.

Floyd J. Mattice, of Indianapolis, Ind., for plaintiff in error.

Albert Ward, of Peru, Ind., for the United States.

Before ALSCHULER, EVANS, and PAGE, Circuit Judges.

PER CURIAM. The questions presented on this writ of error are practically identical with those raised in the case of Chapman v. United States, 9 F.(2d) 790, decided by this court December 2, 1925, and no separate opinion is necessary.

On the strength of the opinion in Chapman v. United States, the judgment here is affirmed.